UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE PETER J. WALSH                                824 MARKET STREET
                                                    WILMINGTON, DE 19801
                                                    (302) 252-2925

October 13, 2010

| | |
|---|---|
| L. Jason Cornell<br>Fox Rothschild LLP<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE 19801-3046 | Michael R. Lastowski<br>Sommer L. Ross<br>Duane Morris LLP<br>1100 Market Street, Suite 1200<br>Wilmington, DE 19801-1246 |
| Alan L. Frank<br>Alan L. Frank Law Associates, P.C.<br>8380 Old York Road<br>Suite 410<br>Elkins Park, PA 19027 | Stephan W. Ragland<br>Kristen C. Wright<br>Bass, Berry & Sims PLC<br>100 Peabody Place, Suite 900<br>Memphis, TN 38103<br><br>Attorneys for Defendants |
| Attorneys for Montague S. Claybrook, Chapter 7 Trustee for the Estates of American Remanufacturers, Inc., et al. | |

**Re: Montague S. Claybrook, as Chapter 7 Trustee of the estates of American Remanufacturers, Inc., et al. v. AutoZone Parts, Inc. Adv. Proc. No. 07-51597 (PJW)**

**Montague S. Claybrook, as Chapter 7 Trustee of the estates of American Remanufacturers, Inc., et al. v. AutoZone Texas, Limited Partnership; AutoZone, Inc. General Partner to AutoZone Texas, Limited Partnership, et al. Adv. Proc. No. 07-51603 (PJW)**

**(Consolidated)**

Dear Counsel:

This is with respect to Plaintiff's motion to amend the complaint (Doc. # 242).

      While Plaintiff's conduct in this case has been erratic, to say the least, I believe the best way to conclude this matter is to grant Plaintiff's motion to file an amended complaint. IT IS SO ORDERED.

      In Defendants' Response in Opposition to Motion to Compel AutoZone to Respond to the Trustee's Motion for Summary Judgment and Cross-Motion to Strike and for Sanctions, Defendants state that:

> the more efficient route would be to simply allow the stay implemented by the Order Approving Stipulation to stand until the Second Motion to Amend is disposed of, and then allow AutoZone to answer the amended complaint and require the Trustee to re-file or amend the Motion for Summary Judgment to accurately reflect his claims and position.

(Doc. # 250, p. 11.) I adopt that view of the matter.

      While it does not appear to me that the amended complaint will trigger a need for further discovery, either party is entitled to pursue additional discovery. If the parties cannot agree on a schedule for going forward with this adversary proceeding, you should contact chambers to arrange for a status conference.

      Very truly yours,

      Peter J. Walsh

PJW:ipm